[No. 39269-7-I.    Division One.    October 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH MACDONALD VAUX, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-02956-6, Richard A. Jones, J., entered August 27, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 39273-5-I.    Division One.    October 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ALAN BREEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-07575-1, Faith Enyeart Ireland, J., entered September 3, 1996. *Affirmed* by unpublished opinion per Webster, J., concurred in by Kennedy, A.C.J., and Coleman, J.

[No. 39582-3-I.    Division One.    October 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LYLE BALL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-00792-1, Thomas J. Wynne, J., entered October 28, 1997. *Reversed* by unpublished per curiam opinion.